IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROGER K. NIELSEN,<br><br>  Plaintiff,<br><br>v.<br><br>UTAH-IDAHO TEAMSTERS<br>SECURITY FUND,<br><br>  Defendant. | Case No. CV-07-216-E-BLW<br><br>**MEMORANDUM DECISION<br>AND ORDER** |

The Court has before it a motion to dismiss filed by defendant Utah-Idaho Teamsters Security Fund ("Fund"). Plaintiff Nielsen originally filed this action in state court alleging that the Fund violated Idaho law in denying his claim for health care benefits. The Fund removed the case here on the ground that Nielsen's claims were pre-empted by ERISA. The Fund now seeks to dismiss Nielsen's complaint on the ground that it fails to contain any allegation under ERISA. The Fund's briefing recognizes the Circuit's policy of allowing amendment before considering dismissal. *Lopez v. Smith*, 203 F.3d 1122, 1130-31 (9th Cir. 2000) (en banc).

The Court will follow *Lopez's* direction here. While there is no dispute that Nielsen's complaint should have contained a single claim under ERISA, his failure

**Memorandum Decision and Order** - 1

to so plead is not fatal at this early stage of the litigation. Accordingly, the Fund's motion to dismiss will be denied and Nielsen is directed to amend his complaint to allege a single claim under ERISA.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to dismiss (Docket No. 4) is DENIED.

IT IS FURTHER ORDERED, that Nielsen amend his complaint to allege a single claim under ERISA within twenty (20) days from the date of this decision.

Additionally, the hearing currently scheduled on July 31, 2007 at 3:30 p.m. is hereby VACATED.



DATED: **July 30, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision and Order** - 2