IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROGER K. NIELSEN,           ) | |
| ) | Case No. CV-07-216-E-BLW |
| Plaintiff,           ) | |
| ) | **ORDER** |
| v.           ) | |
| ) | |
| UTAH-IDAHO TEAMSTERS     ) | |
| SECURITY FUND,           ) | |
| ) | |
| Defendant.           ) | |
| _____ ) | |

The Court has before it a motion to strike jury demand.  In an earlier decision, the Court directed plaintiff to amend his complaint to allege only a single count under ERISA.  Plaintiff did so, but requested a jury trial.  He is not entitled to one.  *See Thomas v. Oregon Fruit Products Co.*, 228 F.3d 991 (9th Cir. 2000).  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to strike jury demand (Docket No. 18) is GRANTED, and the demand for jury made by

plaintiff is STRICKEN.



DATED: **March 10, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge